McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jun 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN MICHAEL THORNTON and
KATHERINE LEANN HERRERA,

Defendants.

CASE NO. 2:20-cr-0084 TLN

18 U.S.C. §§ 2251(a)– Sexual Exploitation of a Child; 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 2251(a) – Sexual Exploitation of a Child]

The Grand Jury charges: T H A T

JONATHAN MICHAEL THORNTON and
KATHERINE LEANN HERRERA,

defendants herein, beginning no later than on or about April 1, 2020, and continuing through on or about June 1, 2020, in the County of San Joaquin, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Child Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to believe that the visual depiction would be transported and transmitted using any means and facility of interstate and

foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO: [18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography]

The Grand Jury further charges: T H A T

JONATHAN MICHAEL THORNTON,

defendant herein, between on or about April 1, 2020, and continuing through on or about June 1, 2020, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally distribute one or more visual depictions, using a means and facility of interstate commerce and which was mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct as defined in Title 18, United States Code, Section 2256(2), to wit: JONATHAN MICHAEL THORNTON used a Canon camera and the internet to distribute images depicting a minor engaging in sexually explicit conduct, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of any offense alleged in this Indictment, defendants JONATHAN MICHAEL THORNTON and KATHERINE LEANN HERRERA shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to:

a. Flash media (see attached Exhibit A),

b. HP Compaq Presario C500 laptop computer, Serial Number: CND7122YPL,

c. Seagate ST9100827AS 100GB SATA hard disk drive, Serial Number: 5LZ0XJJY,

d. Dell Latitude E6420 laptop computer, Serial Number: 6C6PGV1,

e. HGST Z7K500-500 500GB SATA hard disk drive, Serial Number: 11S42T1372Z1ZMAL03SGB7,

f. ASUS Nexus tablet (unmarked serial number),

g. Samsung SM-T280 tablet, Serial Number: R52H901423X,

h. SanDisk Cruzer Glide and HGST H2T500854S7 500GB SATA hard disk drive, Serial Number: 150212TM85A3TC2RWH6L,

i. Soprano RS desktop computer, Serial Number: 8618A0452007647,

j. Hitachi HDP725016GLA380 Deskstar 160GB SATA hard disk drive, Serial Number: RH01PLZA,

k. Seagate ST3400832NS 400GB SATA hard disk drive, Serial Number: 5NF18GJX,

l. Western Digital WDBAAA5000ABK MyPassport 500GB hard drive, Serial Number: QWXA0AA963774,

m. Apple iPad, Serial Number: F6QN401DDKPK,

n. InWin desktop computer, Serial Number: 8611B126900124,

o. Western Digital WD1001FALS 1TB SATA hard disk drive, Serial Number: WMATR0212407,

p. Seagate ST31500541AS 1.5TB SATA hard disk drive, Serial Number: 6XW08TNQ,

q. Toshiba HDWD110 1TB SATA hard disk drive, Serial Number: 96RWGKVFS88E,

r. Six (6) thumb drives and twelve (12) SanDisk flash cards (see attached Exhibit A),

s. Tablet, Serial Number: LUS6AOD067209035E17614,

t. Seagate 1D8ADF-500 hard drive, Serial Number: NA53YW07,

u. Seagate SRD00F2 hard drive, Serial Number: NA7E3QS4,

v. Canon DS126571 EOS Rebel T6i digital camera, Serial Number: 431063002262, with two (2) lenses, three (3) filters, and SanDisk memory cards,

w. Canon DS126571 EOS Rebel T6i digital camera, Serial Number: 282172014675, with four (4) lenses and a tripod,

x. Lenovo T420 ThinkPad laptop computer, Serial Number: R8-G7DZT,

y. HGST Z7K500-320 320GB SATA hard disk drive, Serial Number: 141114RC240ACK00WP8J,

z. Samsung SM-T357T tablet and keyboard, IMEI: 35196 90712 06768, with T-Mobile SIM card number 89012 60983 77169 3234,

aa. Primaris 3.5" 1.44MB floppy disk ,

bb. Samsung SM-G950U Galaxy S8 cell phone, R28J70HFWZB,

cc. 1080p Full HD black camera with 4Gb SD card,

dd. GE X500 digital camera, Serial Number: X030104077, and PNY 16GB memory card, and

ee. Apple iPhone XR 128GB cell phone, IMEI: 353066100895725.

2. If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d.has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

*No.* ___________

2:20-cr-0084 TLN

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JONATHAN MICHAEL THORNTON and
KATHERINE LEANN HERRERA

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of a Child;
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 18th *day*

*of* June *, A.D. 20* 20 20

/s/ Alexandra Waldrop

*Clerk.*

*Bail, $* **NO PROCESS NECESSARY**

Kendall J. Newman

**Kendall J. Newman, United States Magistrate Judge**

GPO 863 525

2:20-cr-0084 TLN

**United States v. Thornton, et al.**
**Penalties for Indictment**

**Defendants**
**JONATHAN MICHAEL THORNTON and KATHERINE LEANN HERRERA**

**COUNT 1:** **ALL DEFENDANTS**

VIOLATION: 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Child

PENALTIES: Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 JVTA (mandatory if the defendant is not found to be indigent)

**COUNT 2:** **THORNTON**

VIOLATION: 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 JVTA (mandatory if the defendant is not found to be indigent)

**FORFEITURE ALLEGATION:** **all Defendants**

VIOLATION: 18 U.S.C. § 2253 – Criminal Forfeiture

PENALTIES: As stated in the charging document