PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MICHAEL THORNTON and KATHERINE LEANN HERRERA,<br><br>Defendants. | CASE NO.  2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER<br><br>DATE: June 10, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      A status conference in this case was previously set for June 10, 2021.

2.      By this stipulation, the parties now move to continue the status conference until July 29, 2021, at 9:30 a.m., and to exclude time between June 10, 2021, and July 29, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The government has produced discovery in this matter, including over 500 pages of documents and multiple hours of video and audio evidence.  Counsel for defendants require additional time to review discovery, conduct additional investigation and legal research, and consult with their clients.

        b.      Additional discovery, including forensic images of electronic devices, is available

1  for defense counsel to review at the FBI office.  Counsel for defendants require additional time

2  to arrange for the review of such evidence and to retain forensic experts if necessary.

3        c.     Counsel for Herrera also requires additional time to arrange for a medical and

4  mental health assessment of his client.

5        d.     Counsel for defendants believe that failure to grant the above-requested continuance

6  would deny them the reasonable time necessary for effective preparation, taking into account the

7  exercise of due diligence.

8        e.     The government does not object to the continuance.

9        f.     Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the

12  Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period

13  of June 10, 2021, through July 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14  3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

15  at defendant's request on the basis of the Court's finding that the ends of justice served by taking

16  such action outweigh the best interest of the public and the defendant in a speedy trial.

17      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20       IT IS SO STIPULATED.

21

22

23    Dated:  June 8, 2021                        PHILLIP A. TALBERT
                                          Acting United States Attorney

24

25                                     /s/ MIRA CHERNICK
                                   MIRA CHERNICK

26                                     Assistant United States Attorney

27

28

1

Dated:  June 8, 2021                                    /s/ TIMOTHY ZINDEL

2                                                                         TIMOTHY ZINDEL
                                                                          Counsel for Defendant
3                                                                         Jonathan Thornton

4

5

6

7

Dated:  June 8, 2021                                    /s/ COLIN L. COOPER

                                                                          COLIN L. COOPER
8                                                                         Counsel for Defendant
                                                                          Katherine Herrera
9

10

11

12                                       **FINDINGS AND ORDER**

13            IT IS SO FOUND AND ORDERED this 8th day of June, 2021.

14

15

16

17                                                              Troy L. Nunley
                                                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
and Exclude Time