PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00084-TLN |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER |
| v. | |
| JONATHAN MICHAEL THORNTON and KATHERINE LEANN HERRERA, | DATE: September 9, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. A status conference in this case was previously set for September 9, 2021.

2. By this stipulation, the parties now move to continue the status conference until October 28, 2021, at 9:30 a.m., and to exclude time between September 9, 2021, and October 28, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced discovery in this matter, including over 500 pages of documents and multiple hours of video and audio evidence. Counsel for defendants require additional time to review discovery, conduct additional investigation and legal research, and consult with their clients.

     b.    Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office.  Counsel for defendants require additional time to arrange for the review of such evidence and to retain forensic experts if necessary.

     c.    Counsel for Herrera also requires additional time to arrange for a medical and mental health assessment of his client.

     d.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e.    The government does not object to the continuance.

     f.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2021, through October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  September 3, 2021                      PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ MIRA CHERNICK
                                                 MIRA CHERNICK
                                                 Assistant United States Attorney

Dated:  September 3, 2021    /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
Jonathan Thornton


Dated:  September 3, 2021    /s/ COLIN L. COOPER
COLIN L. COOPER
Counsel for Defendant
Katherine Herrera

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 7th day of September, 2021.

Troy L. Nunley
United States District Judge