HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Timothy Zindel, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814-2512
Telephone: 916.498.5700
timothy_zindel@fd.org

Attorney for Defendant
JONATHAN THORNTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:20-CR-00084-TLN |
| Plaintiff, | ) ) | **MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL, APPOINT CJA COUNSEL, AND DEFENDANT'S CONSENT** |
| vs. | ) ) | |
| JONATHAN THORNTON | ) ) | |
| Defendant. | ) ) | |

Defendant, JONATHAN THORNTON , through Heather E. Williams, Federal Defender, by Timothy Zindel, Assistant Federal Defender, moves to withdraw the Federal Defender as counsel beginning October 1, 2021, and appoint Timothy Zindel as CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3).   As Assistant Federal Defender, Timothy Zindel has been assigned to JONATHAN THORNTON's representation.  The court appointed him to the Sacramento Division's CJA Panel effective upon his Federal Defender retirement after September 30, 2021.   This request is made because Timothy Zindel will no longer with be the Federal Defender Office, Eastern District of California, effective October 1, 2021 and the requested appointment will provide JONATHAN THORNTON with consistency of representation through his case's resolution.

JONATHAN THORNTON's consent is below.

///

Motion to Withdraw Federal Defender,
Appoint CJA Counsel                               1

Mr. Zindel's new contact information is as follows:

Law Office of Timothy Zindel
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel:  (916) 704-2665
Email:  timzindel@gmail.com

SUBMITTED: September 30, 2021.

HEATHER E. WILLIAMS
Federal Defender

*s/ Timothy Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender

**DEFENDANT'S CONSENT**

I, JONATHAN THORNTON, have been advised of this request and that I do not have to agree to it.  I do agree to the Federal Defender's withdrawal to have Timothy Zindel continue to represent me.

Date:  September 30, 2021         /s/ *JONATHAN THORNTON*
                                  JONATHAN THORNTON Defendant