PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MICHAEL THORNTON and KATHERINE LEANN HERRERA,<br><br>Defendants. | CASE NO. 2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 20, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on October 20, 2022.

2. By this stipulation, defendants now move to continue the status conference until January 12, 2023, at 9:30 a.m., and to exclude time between October 20, 2022, and January 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence. Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to review discovery, conduct

additional investigation and legal research, arrange for and conduct a neuropsych evaluation, and consult with their clients.

   c) Additionally, the Court granted defendant Herrera's motion for a blood and saliva draw for genetic testing, but the testing has only recently occurred due to difficulties in coordination between the BOP and testing facilities, as well as additional restrictions caused by COVID-19.  Defense counsel for Herrera requests additional time for a medical expert to analyze the genetic testing results.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2022 to January 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

IT IS SO STIPULATED.

Dated: October 7, 2022                         PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ *Veronica M.A. Alegría*
                                              VERONICA M.A. ALEGRÍA
                                              Assistant United States Attorney

Dated: October 7, 2022                         /s/ *Timothy Zindel*
                                              TIMOTHY ZINDEL
                                              Counsel for Defendant
                                              JONATHAN THORNTON

Dated: October 7, 2022                         /s/ *Colin L. Cooper*
                                              COLIN L. COOPER
                                              Counsel for Defendant
                                              KATHERINE HERRERA

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of October, 2022.

                                              Troy L. Nunley
                                              United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3