PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MICHAEL THORNTON,<br><br>Defendants. | CASE NO. 2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>CURRENT DATE: February 22, 2024<br>[PROPOSED] DATE: May 9, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. Defendant pleaded guilty on November 30, 2024.

2. By previous order, defendant's sentencing hearing was set for February 22, 2024.

3. By this stipulation, the parties now move to continue the sentencing hearing until May 9, 2024, at 9:30 a.m., and allow for the following sentencing schedule:

    a) Proposed Presentence Report ("PSR") Disclosed: March 28, 2024

    b) Objections Due: April 11, 2024

    c) Final PSR Disclosed: April 18, 2024

    d) Motions for Correction: April 25, 2024

    e) Reply Due: May 2, 2024

    f) Sentencing Date: May 9, 2024

4. The parties have not yet received the draft PSR from the Probation Office.

//

5. Additionally, counsel for defendant desires additional time to consult with his client, conduct legal research, and devise sentencing arguments.

IT IS SO STIPULATED.

Dated: February 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRIA
Assistant United States Attorney

Dated: February 8, 2024

/s/ *Timothy Zindel*
TIMOTHY ZINDEL
Counsel for Defendant
JONATHAN THORNTON

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of February, 2024.

_____
Troy L. Nunley
United States District Judge

3